STANLEY BLASOFF, Appellant, et al., Plaintiff, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents, et al., Defendants. [46 NYS3d 418]—

Judgment, Supreme Court, New York County (Frank P. Nervo, J.), entered April 30, 2015, dismissing the complaint as against defendant New York City Health and Hospitals

Corporation (HHC) (sued herein as HHC and Bellevue Hospital Center), pursuant to an order, same court and Justice, entered April 1, 2015, which granted HHC's motion to dismiss the complaint as against it, unanimously affirmed, without costs.

Supreme Court properly dismissed the complaint upon plaintiff's failure to obey a court-ordered stipulation in which plaintiff agreed to serve a certificate of merit, as required by CPLR 3012-a (a), within 10 days, or risk having his complaint dismissed as against HHC. The failure to file a certificate of merit when required "is a pleading defect . . . requiring dismissal [of the complaint] unless plaintiff can establish a reasonable excuse for the default [and] a meritorious cause of action" (*Perez v Lenox Hill Hosp.*, 159 AD2d 251, 251 [1st Dept 1990]), neither of which were established here. Where, as here, a litigant ignores a court order, the court may dismiss the action (CPLR 3126 [3]; *Kihl v Pfeffer*, 94 NY2d 118, 123 [1999]).

Plaintiff's remaining arguments are academic and, in any event, unavailing. Concur—Sweeny, J.P., Acosta, Mazzarelli, Manzanet-Daniels and Webber, JJ.